FILED US District Court-UT
OCT 21 '26 PM12:13

MELISSA HOLYOAK, United States Attorney (#9832)
JOHN AUCHTER, Special Assistant United States Attorney (IL #6308510)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: John.Auchter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SKYLER AJ ROSE,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>Count 1: 18 U.S.C. § 2252A(a)(2)(B), Receipt of Child Pornography;<br><br>Count 2: 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography;<br><br>Count 3: 28 U.S.C. § 5861(d), Possession of an Unregistered Destructive Device;<br><br>Count 4: 18 U.S.C. § 844(e), Threat to Kill and Injure Persons and to Destroy a Building with Explosive; and<br><br>Count 5: 18 U.S.C. § 249, Hate Crime.<br><br>Case: 1:26-cr-00068<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 10/20/2026 |

The Grand Jury Charges:

1. On or about December 23, 2025, the Defendant, SKYLER AJ ROSE, made the following posts on a social media platform:

a. "I wanna blow up a synagogue. 💣"

b. "Ill have to take a couple Jews out with me then. Death to Israel!!!"

c. "This is basically America now thanks to Jews. When the power goes out I must hunt the Jews. 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸"

d. I am a domestic terrorist thanks to your efforts! Death to Israel!!! IN AMERICA!!! 🇺🇸🇺🇸🇺🇸🇺🇸"

e. "Greetings from America. Death to all Jews I will devote my life to killing you! heil hitler!"

f. "DEATH TO ISRAEL WHO BEARS TO SIGIL OF THEIR FALSE GOD. I WILL DEVOTE MY LIFE TO KILLING YOU CHILDREN OF SATAN. 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸"

g. "Backwards Jew scum 💣 I connot forgive the terrorist state of Israel who shelters pedophiles and trafficks the little ones. Death be upon you Jews for I bring fire and brimstone 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸"

2. On or about December 23, 2025, the Defendant, SKYLER AJ ROSE, possessed six functional destructive devices (also commonly known as an explosive pipe

bomb), two AK-47 type rifles and ammunition, and precursor materials and combination of parts which could have been used to construct additional destructive devices.

**COUNT 1**
18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Receipt of Child Pornography)

3. Beginning on a date unknown until on or about December 23, 2025, in the District of Utah,

SKYLER AJ ROSE,

defendant herein, did knowingly receive any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), using any means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1).

**COUNT 2**
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

4. Beginning on a date unknown until on or about December 23, 2025, in the District of Utah,

SKYLER AJ ROSE,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and

affecting interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

**COUNT 3**
28 U.S.C. § 5861(d)
(Possession of an Unregistered Destructive Device)

5. The factual allegations of paragraph 2 are repeated and realleged as though fully set forth herein.

6. On or about December 23, 2025, in the District of Utah,

SKYLER AJ ROSE,

defendant herein, did knowingly possess a firearm, to wit: a destructive device as defined by 26 U.S.C. § 5845(a)(8) and (f) (also known as an explosive pipe bomb and similar device), which was not registered to him in the National Firearms Registration and Transfer Record; all in violation of 26 U.S.C. §§ 5841, 5845(a) & (f), 5861(d), and 5871.

**COUNT 4**
18 U.S.C. § 844(e)
(Threat to Kill and Injure Persons and to Destroy a Building with Explosive)

7. The factual allegations of paragraphs 1 and 2 are repeated and realleged as though fully set forth herein.

8. Beginning on a date unknown until on or about December 23, 2025, in the District of Utah,

SKYLER AJ ROSE,

defendant herein, through the use of telephone and other instrument of interstate commerce, willfully made a threat concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate persons, and unlawfully to damage and destroy a building and real property by means of an explosive; all in violation of 18 U.S.C. § 844(e).

**COUNT 5**
18 U.S.C. § 249(a)(1)(A)
(Hate Crime)

9. The factual allegations of paragraphs 1 and 2 are repeated and realleged as though fully set forth herein.

10. Beginning on a date unknown until on or about December 23, 2025, in the District of Utah,

SKYLER AJ ROSE,

defendant herein, through the use of an explosive or incendiary device to wit: a destructive device, and an explosive pipe bomb, did attempt to cause bodily injury to any person, because of the actual and perceived race, color, religion, and national origin of any person; all in violation of 18 U.S.C. § 249(a)(1)(A).

## NOTICE REGARDING ENHANCED PENALTY FOR AT LEAST ONE IMAGE INVOLVING A PREPUBESCENT MINOR OR A MINOR WHO HAD NOT ATTAINED 12 YEARS OF AGE

Pursuant to 18 U.S.C. § 2252A(b)(2), notice is given that at least one image of child pornography possessed by defendant SKYLER AJ ROSE involved a prepubescent minor or a minor who had not attained 12 years of age.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of any offense violating 18 U.S.C. § 844, the defendant shall forfeit to the United States of America any property constituting, derived from, any proceeds obtained, directly or indirectly, as the result of such violation and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

Upon conviction of a violation of 26 U.S.C. § 5861(d) as set forth in Count 3, the defendant shall forfeit to the United States, any firearm involved in or used in the commission of the offense, including, but not limited to:

- Destructive device(s) (also known as an explosive bomb and similar device); and
- Precursor materials or combination of parts which could have been used to construct additional destructive devices

all pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2252A, the defendant shall forfeit to the United States of America: (i) any visual

depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes:

- All digital devices seized from defendant SKYLER AJ ROSE on December 23, 2025, which were used to receive or possess child pornography, including but not limited to a black Samsung cellular phone, IMEI 354385110225049.

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney

JOHN AUCHTER
Special Assistant United States Attorney